Submitted on record and briefs March 16, petition for judicial review dismissed
August 8, 1990

## GERALD WAYNE DAY,
*Petitioner,*

*v.*

## BOARD OF PAROLE,
*Respondent.*

(CA A61485)

797 P2d 1054

Gerald Wayne Day, Salem, filed the brief *pro se* for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and John A. Reuling, Jr., Assistant Attorney General, Salem, filed the brief for respondent.

Before Graber, Presiding Judge pro tempore, and Riggs and Edmonds, Judges.

PER CURIAM

Graber, P. J. pro tempore, dissenting.

**GRABER, P. J.** pro tempore, dissenting.

I dissent for the reasons expressed in *Willaby v. Board of Parole,* 103 Or App 83, 797 P2d 1050 (1990).